584 A.2d 240

THE NEW JERSEY SCHOOL BOARDS ASSOCIATION v. THE STATE OF NEW JERSEY.

June 11, 1990.

Petition for certification denied.

584 A.2d 240

STATE OF NEW JERSEY v. ANTHONY MICHAEL BAGGIO.

June 11, 1990.

Petition for certification denied.

584 A.2d 240

STATE OF NEW JERSEY v. PAUL LAZICKI.

June 11, 1990.

Petition for certification denied.

584 A.2d 241

STATE OF NEW JERSEY v. BARRY STELL.

June 11, 1990.

Petition for certification denied.